IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIMITRY BELOROSSOV,<br>A/K/A RAINERFOX | Criminal Action No.<br>1:12-MJ-1687<br><br>**UNDER SEAL** |

ORDER

Having read and considered the government's under seal motion, the Court hereby ORDERS that:

A. The arrest warrant for defendant Dimitry Belorossov and a redacted copy of the second superseding complaint, attached as Exhibit A, be unsealed;

B. All court filings and pleadings in this case be unsealed unless sealed by subsequent court order;

C. The government's motion be SEALED;

D. The unredacted second superseding complaint remain SEALED;

E. The government is authorized to disclose an unredacted copy of the sealed second superseding complaint to defendant Belorossov and his counsel to facilitate their preparation in this action; and

F.  Defendant Belorossov and his counsel shall not copy or disseminate the sealed, unredacted second superseding complaint until further order of the Court.

So ORDERED this 30th day of **May, 2014**.

_____
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

Presented by
Steven D. Grimberg, AUSA